1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00143-EPG |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| JOSEPH ARCHULETA, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant has been arrested on the warrant. The government will not be prosecuting the charges in the Complaint and the defendant will be returned to BOP custody.

The government further requests that if the arrest warrant is not returned that it be recalled by the Court.

Dated: August 30, 2017               PHILLIP A. TALBERT
                                     United States Attorney


                              By: /s/ LAUREL J. MONTOYA
                                     LAUREL J. MONTOYA
                                     Assistant United States Attorney

///

///

MOTION TO DISMISS COMPLAINT; ORDER                        1

1 **ORDER**

2   IT IS SO ORDERED that the Complaint be dismissed as to the defendant and that the arrest
3 warrant be recalled.

IT IS SO ORDERED.

  Dated:   **August 30, 2017**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE